for Gulf Oil Corp., petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Weisl, Roger P. Marquis* and *Edmund B. Clark* for Udall et al., and *James H. Anderson* and *E. T. Lazear* for Union Pacific Railroad Co., respondents.

No. 596. BRULAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Peter J. Hughes* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 629. BOLES, WARDEN *v.* SHEFTIC ET AL. C. A. 4th Cir. Certiorari denied. *C. Donald Robertson,* Attorney General of West Virginia, and *Morton I. Taber* and *Leo Catsonis,* Assistant Attorneys General, for petitioner.

No. 636. WARNER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Joseph Smith* for petitioner.

No. 197, Misc. HILLERY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edsel W. Haws,* Deputy Attorney General, for respondent.

No. 314, Misc. DUNN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Derald E. Granberg* and *Gloria F. DeHart,* Deputy Attorneys General, for respondent.

No. 593. ARCENEAUX ET AL. *v.* PFISTER. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *W. Scott Wilkinson* for petitioners. *C. Ellis Henican* and *C. Ellis Henican, Jr.,* for respondent.